## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS EASTERN DIVISION

| | | |
|---|---|---|
| In Re: | ) | 18-26519 |
| | ) | |
| DONALD SHIELDS, | ) | Chapter 13 |
| | ) | |
| Debtor. | ) | Hon. DOYLE |

### NOTICE

**See Attached Service List for Parties and Method of Service.**

Please take notice of the attached Chapter 13 Plan dated December 10, 2018, docket #23.

Your rights may be affected by this plan. Your claim may be reduced, modified, or eliminated. You should read this plan carefully and discuss it with your attorney if you have one in this bankruptcy case. If you do not have an attorney, you may wish to consult one.

If you oppose the plan's treatment of your claim or any provisions of this plan, you or your attorney must file an objection to confirmation at least 7 days before the date set for the hearing on confirmation, unless otherwise ordered by the Bankruptcy Court. The Bankruptcy Court may confirm this plan without further notice if no objection to confirmation is filed. See Bankruptcy Rule 3015. In addition, you may need to file a timely proof of claim in order to be paid under any plan.

### CERTIFICATE OF SERVICE

The undersigned does hereby certify that copies of this Notice and attachments were served to the above persons or entities, by depositing same in the U.S. Mail at Wheeling, Illinois 60090, with proper postage prepaid, or served electronically by the Bankruptcy Court, before 5:00 p.m. on December 10, 2018.

/s/ Christine H. Clar
Christine H. Clar, ARDC #6202332
Attorney for the Debtor(s)

DAVID M. SIEGEL & ASSOCIATES, LLC
790 Chaddick Drive
Wheeling, Il 60090
847/ 520-8100

## Service List

**The following parties have been served via electronic mail:**

US Trustee, USTPRegion11.ES.ECF@usdoj.gov
Tom Vaughn, Chapter 13 Trustee: ecf@tvch13.net

**The following parties have been served via regular US Mail:**

Mr. Donald Shields
5511 W. Crystal, #1
Chicago, IL  60651

City of Chicago, Dept. of Finance
Arnold Scott Harris
111 W. Jackson Blvd., Ste. 600
Chicago, IL  60604

Santander Consumer
P.O. Box 961245
Ft. Worth, TX  76161

Americredit/GM Financial
P.O. Box 183853
Arlington, TX 76096

Peoples Gas
Bankruptcy Dept.
200 E. Randolph St.
Chicago, IL  60601

Directv
American Infosource
4515 N. Santa Fe Ave.
Oklahoma City, OK  73118