UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF ILLINOIS

Eastern Division

| In Re: | ) | BK No.: 18-26519 |
| --- | --- | --- |
| DONALD R. SHIELDS, | ) ) ) ) ) ) | Chapter: 13<br>Honorable Carol A. Doyle |
| Debtor(s) | ) | |

**ORDER ALLOWING DEBTOR TO INCUR DEBT AND SHORTEN NOTICE**

THIS MATTER coming to be heard on the motion of the Debtor, the Court having jurisdiction over the parties and the subject matter and being duly advised in the premises, and due notice having been given to the parties entitled thereto:

It is ORDERED:

1) The Debtor is granted leave to have his Motion to Incur Debt heard on shortened notice.

2) The Debtor is granted leave to obtain financing for a vehicle in the amount of up to $15,360.00, with financing of up to 19.99% interest and with monthly payments of up to $350.00 for a 2018 Chevrolet Malibu or similar vehicle.

Enter:

*Carol Doyle*

Honorable Carol A. Doyle
United States Bankruptcy Judge

Dated: November 05, 2019

**Prepared by:**

Jeffrey A. Soufal
ARDC# 6227155
David M. Siegel & Associates
790 Chaddick Drive
Wheeling, IL 60090