**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **In Re:** | ) | **18-26519** |
| | ) | |
| **DONALD SHIELDS,** | ) | **Chapter 7** |
| | ) | |
| Debtor. | ) | Hon. Judge: DOYLE |

## NOTICE OF MOTION

*To the following persons or entities who have been served via electronic mail:*
U.S. Bankruptcy Trustee: USTPRegion11.ES.ECF@usdoj.gov
Gregg Szilagyi, Chapter 7 Trustee: gs@tailserv.com

*To the following persons or entities who have been served via U.S. Mail:*
See attached list.

Please take notice that I shall appear before the following named Bankruptcy Judge, or any other Judge presiding in his or her stead at 219 S. Dearborn Street, Chicago, IL 60604, and in the following courtroom (or any other place posted), and present the attached **Motion to Voluntarily Dismiss,** at which time and place you may appear.

         JUDGE:        DOYLE
         DATE:         February 26, 2020
         TIME:         10:00 AM
         ROOM:         742

## PROOF OF SERVICE

The undersigned certifies that copies of this Notice and attachments were served to the listed persons or entities, if service by mail was indicated above, by depositing same in the U.S. Mail at Wheeling, Illinois 60090, on or before February 14, 2020, at 5:30 p.m., with proper postage prepaid, unless a copy was provided electronically by the Bankruptcy Court.

DATE OF SERVICE:  February 14, 2020        /s/ Robert C. Bansfield Jr.
                                           Robert C. Bansfield Jr., A.R.D.C. #6329415

Attorney for the Debtor(s)
DAVID M. SIEGEL & ASSOCIATES
790 Chaddick Drive
Wheeling, IL  60090
(847) 520-8100

*To the following persons or entities who have been served via U.S. Mail:*

Donald Shields
8716 S. Normal Ave.
Chicago, IL 60620

AmeriCredit Financial Services
Bankruptcy Department
P.O. Box 183853
Arlington, TX 76096

Arnold Scott Harris, P.C.
111 W. Jackson Blvd. Ste. 600
Chicago, IL 60604-4135

Bank of New York Mellon
Bankruptcy Department, Mail Stop
CA6-919-01-23, 400 National Way
Simi Valley, CA 93065

City of Chicago
Dept. of Revenue
PO Box 88292
Chicago, IL 60680

City of Chicago Dept. of Revenue
Camera Enforcement Violation
PO Box 88292
Chicago, IL 60680-1292

City of Chicago Parking
121 N LaSalle Street
Room 107A
Chicago, IL 60602-1232

Comcast
Bankruptcy Department
11621 E. Marginal Way 5
Tukwila, WA 98168-1965

Commonwealth Edison-Care Center
Bankruptcy Department
PO Box 6113
Carol Stream, IL 60197-6113

Credit Management LP
4200 International Pkwy
Carrollton, TX 75007

DirecTV, LLC
Bankruptcy Department
PO Box 6550
Greenwood Village, CO 80155-6550

DuPage Medical Group
1100 W. 31st St
Suite 300
Downers Grove, IL 60515

Kevin W. Mortell, Attorney at Law
1821 Walden Office Square
Suite 400
Schaumburg, IL 60173

McCalla Raymer, Leibert Pierce, LLC
Bankruptcy Department
1 N Dearborn St., Suite 1200
Chicago, IL 60602

Merchants Credit Guide
223 W Jackson Blvd Ste 7
Chicago, IL 60606

Midamerica Orthopedics SC
75 Remittance Drive
Suite 6035
Chicago, IL 60675-6035

Midland Funding
P.O. Box 2011
Warren, MI 48090

Peoples Gas
Bankruptcy Department
200 E. Randolph Street
Chicago, IL 60601

RGS Financial
1700 Jay Ell Dr. Ste 200
Richardson, TX 75081

Rolling Meadows Consumers Credit Union
2401 Plum Grove Rd
Palatine, IL 60067

Santander Consumer USA
Po Box 961245
Ft Worth, TX 76161

Secretary of State
Safety & Financial Responsibility
2701 South Dirksen Parkway
Springfield, IL 62723

Secretary of State License Renewal
3701 Winchester Road
Springfield, IL 62707-9700

TCF National Bank
Bankruptcy Department
PO Box 170995
Milwaukee, WI 53217

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| In Re: | ) | 18-26519 |
| | ) | |
| **DONALD SHIELDS,** | ) | Chapter 7 |
| | ) | |
| Debtor. | ) | Hon. Judge: DOYLE |

## MOTION TO VOLUNTARILY DISMISS

NOW COMES the Debtor, DONALD SHIELDS, by and through his attorneys, DAVID M. SIEGEL & ASSOCIATES, LLC, to present his Motion, and in support thereof states as follows:

1. Jurisdiction is proper and venue is fixed in this Court with respect to these parties.

2. On September 20, 2018, the Debtor filed a voluntary petition for relief pursuant to Chapter 13 under Title 11 USC.

3. Debtor converted his case to a petition under Chapter 7 on January 21, 2020.

4. Debtor desires that this Chapter 7 case be dismissed.

5. Debtor's request is not for the purpose of fraud or abuse to creditors or the court.

WHEREFORE, the Debtor, DONALD SHIELDS, prays that this Honorable Court enter an Order Dismissing the Chapter 13 Case.

Respectfully Submitted,

/s/ Robert C. Bansfield Jr.
Robert C. Bansfield Jr., A.R.D.C. #6329415
Attorney for the Debtor

David M. Siegel & Associates, LLC
790 Chaddick Drive
Wheeling, IL 60090
(847) 520-8100